NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――

**REALTEK SEMICONDUCTOR CORPORATION,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

―――――――――――

2025-1187

―――――――――――

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1350.

―――――――――――

**O R D E R**

Upon consideration of the parties' submission of Federal Circuit Form 18, Joint Stipulation of Voluntary Dismissal indicating the voluntary dismissal of this appeal pursuant to Federal Rule of Appellate Procedure 42(b)(1), ECF No. 17,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

2                    REALTEK SEMICONDUCTOR CORPORATION v. ITC

(2)  Each side shall bear its own costs.

FOR THE COURT



September 3, 2025                    Jarrett B. Perlow
        Date                         Clerk of Court

ISSUED AS A MANDATE:  September 3, 2025